## OLIVER v. THE STATE.

The questions made in this case are controlled by the decision this day rendered in the case of the State against the same defendant charged with the offense of carrying concealed weapons.

Submitted November 21, — Decided December 14, 1898.

Indictment for pointing a weapon at another. Before Judge Ross. City court of Macon. October 19, 1898.

*Nottingham & Polhill*, for plaintiff in error.

*Robert Hodges, solicitor-general*, and *John R. Cooper*, contra.

LEWIS, J. Upon transactions reported in the case against this same defendant for carrying concealed weapons, he was placed upon trial for pointing a weapon at another. The facts were the same in both cases, as were also the grounds in the motion for a new trial. The decision, therefore, in the case of *Oliver* v. *State*, this day rendered, controls the questions made in this case. *Judgment affirmed. All the Justices concurring.*